■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES M. VERNOOY, Appellant. [53 NYS3d 846]—Appeal from a judgment of the Monroe County Court (Victoria M. Argento, J.), rendered July 24, 2014. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, a class E felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon his plea of guilty of driving while intoxicated as a class E felony (Vehicle and Traffic Law §§ 1192 [3]; 1193 [1] [c] [i] [A]), defendant contends that County Court failed to apprise him at his plea hearing of all of the components of his possible enhanced sentence, including a term of probation and a fine. That contention is not preserved for our review (see generally People v Crowder, 24 NY3d 1134, 1136-1137 [2015]), and we decline to exercise our power to review it as a matter of discretion in the interest of justice (see CPL 470.15 [3] [c]; see generally People v Jones, 118 AD3d 1360, 1361 [2014]).

Defendant's waiver of the right to appeal encompasses his contention that his sentence is unduly harsh and severe (see People v Lopez, 6 NY3d 248, 255-256 [2006]; People v Hidalgo, 91 NY2d 733, 737 [1998]; cf. People v Maracle, 19 NY3d 925, 928 [2012]). Present—Centra, J.P., Peradotto, Carni, NeMoyer and Curran, JJ.